I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.7.12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUICE D. STUART,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>A. HEDGPETH, Warden,<br><br>　　　　Respondent. | Case No. CV 11-7290-JVS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that the First Amended Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: June 6, 2012

　　　　　　　　　　　　　　　　　　　/s/ James V. Selna
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE