I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.7.12

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUICE D. STUART, ) | Case No. CV 11-7290-JVS (JPR) |
|          Petitioner, ) | |
|        vs. ) | **J U D G M E N T** |
| A. HEDGPETH, Warden, ) | |
|         Respondent. ) | |
| ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 6, 2012

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY