I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.7.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUICE D. STUART,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>A. HEDGPETH, Warden,<br><br>　　　　Respondent. | Case No. CV 11-7290-JVS (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 6, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY